[No. 22255-8-II.     Division Two.     June 25, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. CLINT ROBERT DAHL, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 97-1-00635-0, James E. Rulli, J., entered November 5, 1997. *Reversed* by unpublished opinion per Bridgewater, C.J., concurred in by Morgan and Hunt, JJ.

[No. 22386-4-II.     Division Two.     June 25, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK EDWIN MORRISON, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 97-1-00197-2, David R. Draper, J., entered October 15, 1997. *Affirmed in part* and *reversed in part* by unpublished opinion per Houghton, J., concurred in by Morgan and Seinfeld, JJ.

[No. 22668-5-II.     Division Two.     June 25, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN KENNETH ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 97-1-00282-6, James D. Ladley, J., entered November 7, 1997. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Houghton, JJ.

[No. 22887-4-II.     Division Two.     June 25, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHNNY MIXON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-03389-8, D. Gary Steiner, J., entered December 15, 1997. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, A.C.J., and Conoley, J. Pro Tem.